OPPENHEIMER *v.* SIMPSON.

Motor Vehicles—Negligence—Contributory Negligence.

In action for personal injuries and property damage growing out of automobile collision at street intersection, trial court was in error, in trial without jury, in rendering judgment for defendant, where evidence showed that plaintiff was proceeding with green light, and that defendant drove his automobile into intersection against red light and into side of plaintiff's automobile.

Appeal from Wayne; Sample (George W.), J., presiding. Submitted April 7, 1933. (Docket No. 58, Calendar No. 37,131.) Decided May 16, 1933.

Case by Samuel B. Oppenheimer against H. Lee Simpson, for personal injuries and property damage received in an automobile accident at a highway intersection. Judgment for defendant. Plaintiff appeals. Reversed, and new trial granted.

*T. P. Dickinson* and *Tilden M. Gallagher,* for plaintiff.

*Vandeveer & Vandeveer,* for defendant.

CLARK, J. Plaintiff suffered personal injury and property damages in a collision of automobiles of the parties at the intersection of Third and Seward avenues, Detroit. Plaintiff was driving westerly on Seward and through the intersection and with the green light when defendant, going north on Third, drove his automobile into the intersection and against the red light and into the side of plaintiff's automobile. In a trial without a jury defendant had judgment. Plaintiff appeals.

The case is ruled by *Travis* v. *Eisenlord,* 256 Mich. 264, and is accordingly reversed, with costs, and new trial granted.

McDONALD, C. J., and POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.